UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KRISTOF LAK,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>Defendants. | Case No. SACV 18-160-PSG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing Plaintiff's federal law claims with prejudice and Plaintiff's state law claims without prejudice.

Dated: 9/10/18

HONORABLE PHILIP S. GUTIERREZ
United States District Judge