JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KRISTOF LAK,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>　　　　　Defendant(s). | Case No. SACV 18-160-PSG (KK)<br><br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that Plaintiff's federal law claims are dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice.

Dated: 9/10/18

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　United States District Judge